# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACK J., through his Parent JENNIFER S.,**  v.  **COATESVILLE AREA SCHOOL DISTRICT** | **CIVIL ACTION**  **NO. 17-3793** |

## ORDER RE: CROSS-MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

AND NOW, this 12th day of July, 2018 having considered the Cross-Motions for Judgment on the Administrative Record of Plaintiff Jack J. through his Parent Jennifer S., and Defendant Coatesville Area School District, and for the reasons explained in the foregoing memorandum, it is hereby

**ORDERED** that Plaintiff's Motion for Judgment on the Administrative Record (ECF 7) is **DENIED**, and Defendant's Motion for Judgment on the Administrative Record (ECF 9) is **GRANTED**.

The Complaint is dismissed with prejudice, and the Clerk shall close the case.

BY THE COURT:

/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.

O:\Christina.2017\Jack J. v. Coatesville (17-3793)\MTD Order_17-3793.docx